# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANYA MALUK ZODOQ-EL,     ) | |
| ) | |
| Petitioner,     ) | |
| ) | |
| v.     ) | Case No. CIV-23-1088-R |
| ) | |
| STATE OF OKLAHOMA,     ) | |
| ) | |
| Respondent.     ) | |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 12] in its entirety.

For the reasons stated therein, this action is DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of February, 2024.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1